IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE ACTION |
| | : | NO.  12-1629 |
| v. | : | |
| | : | VIOLATION NOTICE |
| | : | NO.    2157909 DUI |
| JASON A. ANGELIDES | : | 2157010 POSSESSION OF ALCOHOL |
| | : | 2157011 NO REGISTRATION |

**O R D E R**

AND NOW, to wit, this 10th day of December, 2012, following a hearing in the above-captioned matter held on November 30, 2012, IT IS HEREBY ORDERED as follows:

1.    Defendant entered his guilty plea to DUI, as charged in Violation No. 2157909, issued on July 7, 2012;

2.    The Defendant is HEREBY ORDERED to pay a fine in the amount of Eight Hundred Seventy-five ($875.00) Dollars and Court costs in the amount of Twenty-five ($25.00) Dollars for a total amount of Nine Hundred ($900.00) Dollars;

3.    Defendant entered his guilty plea to Possession of Alcohol, as charged in Violation No. 2157910, issued on July 7, 2012;

4.    Defendant is HEREBY ORDERED to pay a fine in the amount of Seventy-five ($75.00) Dollars and Court costs in the amount of Twenty-five ($25.00) Dollars for a total amount of One Hundred $100.00) Dollars;

5.    Violation No. 2157911, Improper Display of Registration is DISMISSED.

    IT IS FURTHER ORDERED that:

6.    Defendant SHALL NOT ENTER Valley Forge National Historical Park for a period of three (3) months, from the date of this Order;

7.    Defendant is banned from having his boat in Valley Forge National Historical Park until Labor Day, 2013.

BY THE COURT:

/s/Jacob P. Hart

**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**